1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7    JAMES ALLEN SUSKE KINNEY,

                                              NO:  2:15-CV-00128-TOR
8                          Plaintiff,

         v.                                   ORDER ADOPTING REPORT AND
9                                             RECOMMENDATION AND
     THE STATE OF WASHINGTON,                 DENYING MOTION FOR
10   WASHINGTON STATE                         TEMPORARY RESTRAINING
     DEPARTMENT OF CORRECTIONS,               ORDER AND PRELIMINARY
11   AIRWAY HEIGHTS                           INJUNCTION
     CORRECTIONAL CENTER,
12   MAGGIE MILLER STOUT, MARK
     MURPHY, JEFFREY WARD, MR.
13   RIDGEWAY, C/O HALL, JAMES
     ROLLINS and DR. DEBORAH
14   TONIFER,
                          Defendants.

15
         BEFORE THE COURT is a Report and Recommendation (ECF No. 11) to
16
17   deny Plaintiff's Motion for Temporary Restraining Order and Preliminary

18   Injunction (ECF No. 6).   Plaintiff, a prisoner at the Airway Heights Corrections

19   Center, is proceeding *pro se* and *in forma pauperis;* Defendants have not been

20   served.

     ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
     MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
     INJUNCTION -- 1

On June 1, 2015, Plaintiff was advised of the deficiencies of his complaint and directed to amend or voluntarily dismiss within sixty (60) days (ECF No. 10). His deadline for compliance with that Order is July 31, 2015.  Because Plaintiff has not filed a legally sufficient complaint which has been served on named Defendants, the Court is without jurisdiction to consider Plaintiff's request for injunctive relief. *See* generally Fed. R. Civ. P. 3 and the notes following the rule; *see e.g. Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).

On June 17, 2015, Plaintiff filed a series of Motions (ECF Nos. 12-16) and a Motion to Voluntarily Dismiss (ECF No. 17).  The Court will address these motions in a separate Order, but notes that none of them offers any specific objection to the Report and Recommendation to deny Plaintiff's prior Motion. Therefore, for the reasons set forth by Magistrate Judge Hutton, **IT IS ORDERED** that the Report and Recommendation (ECF No. 11) is **ADOPTED in its entirety** and the Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6) is **DENIED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** June 24, 2015.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION -- 2