UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ALLEN SUSKE KINNEY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>THE STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, AIRWAY HEIGHTS CORRECTIONAL CENTER, MAGGIE MILLER STOUT, MARK MURPHY, JEFFREY WARD, MR. RIDGEWAY, C/O HALL, JAMES ROLLINS and DR. DEBORAH TONIFER,<br><br>　　　　　　　　Defendants. | NO: 2:15-CV-00128-TOR<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT, DIRECTING THAT COLLECTION OF THE FILING FEE CEASE AND DENYING PENDING MOTIONS AS MOOT |

　　BEFORE THE COURT are Plaintiff's Motions to Voluntarily Dismiss (ECF No. 17, 26), in which he also seeks to "adjust any fines or fee's I owe in writing," which the Court liberally construes as a Motion to waive collection of the filing fee.

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT, DIRECTING THAT COLLECTION OF THE FILING FEE CEASE AND DENYING PENDING MOTIONS AS MOOT -- 1

1  Plaintiff, a prisoner at the Airway Heights Corrections Center is proceeding *pro se*

2  and *in forma pauperis;* Defendants have not been served.

3      Accordingly, **IT IS ORDERED** Plaintiff's Motion to Voluntarily Dismiss

4  (ECF No. 17, 26) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a) and the

5  Complaint (ECF No. 9) is **DISMISSED WITHOUT PREJUDICE.** For good

6  cause shown, **IT IS FURTHER ORDERED** that Plaintiff's Motion to waive

7  collection of the filing fee is **GRANTED** and the institution having custody of Mr.

8  Kinney shall cease collection of the filing fee in this action, cause number **2:15-**

9  **CV-00128-TOR (formerly JPH).** In addition, all pending Motions are **DENIED**

10  **as moot** and all pending deadlines shall be stricken.

11      **IT IS SO ORDERED**. The District Court Executive is directed to enter this

12  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff

13  and close the file. The District Court Executive is further directed to send a copy

14  of this Order to the Office of the **Department of Corrections, Attn: LFO/COS**

15  **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate

16  agency having custody of Plaintiff.

17  ///

18  ///

19  ///

20  ///

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT, DIRECTING THAT COLLECTION OF THE FILING FEE CEASE AND DENYING PENDING MOTIONS AS MOOT -- 2

1  The District Court Executive also **shall** provide a copy of this Order to the
2  Financial Administrator for the United States District Court, Eastern District of
3  Washington.
4      **DATED** July 23, 2015.

                                           THOMAS O. RICE
                                      United States District Judge

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT, DIRECTING THAT COLLECTION OF THE FILING FEE CEASE AND DENYING PENDING MOTIONS AS MOOT -- 3